**The SPORTS AUTHORITY MICHIGAN, INC., by merger with Intelligent Sports, Inc. and the Sports Authority, Inc., Appellants,**

v.

**HANOVER CATALOG HOLDINGS, INC. and Hanover Direct, Inc., Appellees.**

No. 01–1086.

United States Court of Appeals, Federal Circuit.

Jan. 26, 2001.

ORDER

The parties having so agreed, it is

832

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).